# COMPLAINT FORM
(for filers who are prisoners without lawyers)

(revised 4/19/2022)

FILED
08/18/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

__Samuel T Henzel__

v.

(Full name of defendant(s))

__Knox County Sheriff's Department,__
__Et. Al.__

Case Number:

2:22-cv-00354-JPH-MJD

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Illinois__, and is located at
(State)

__2375 S Old Decker Rd, Vincennes, IN, 47591__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Knox County Sheriff's Department, Et. Al.__
(Name)

is (if a person or private corporation) a citizen of ____Indiana____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

Since my incarceration in December 2021 and up to the present day, the jail at Knox County Sheriff's Department has enforced a policy of blocking inmates from receiving books through the mail, in violation of the First Amendment of the United States Constitution. They have defended their actions with a mix of deflection, misdirection, and lies. The only books we receive are donated by a local church and include a disproportionately

large amount of Christian-oriented material, causing me to feel oppressed in my status as a non-Christian.

If some of their claims are to be beleived, they have also at times received books through the mail addressed to specific inmates, but then passed them out to other random inmates in other cell blocks, possibly constituting an illegal abuse of the mail system (mail fraud). They once told my mother over the phone that this was a common practice.

I feel personally harmed by the fact that the Defendant has deprived me of the ability to educate, enrich, enlighten, and entertain myself while incarcerated; for much of my time here we were given only decks of playing cards and a TV. Recently tablets were introduced, but this is not good enough.

C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Allow inmates to receive books, board and card games through the mail.

Also seeking personal compensation of $500,000.00 as compensation for the months in which I have been deprived the right to enrich and educate myself while incarcerated.

E. **JURY DEMAND**

☐ Jury Demand – I want a jury to hear my case

OR

☒ Court Trial – I want a judge to hear my case

Dated this __15__ day of __August__ 20__22__.

Respectfully Submitted,

_____
Signature of Plaintiff

__20120985570__  (Federal BOP: 09811-028)
Plaintiff's Prisoner ID Number

__2375 S. Old Decker Rd__

__Vincennes, IN. 47591__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

## FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.